Opinion by HEAD, J.

---

## Hardin v. The State.

APPEAL from Escambia Circuit Court.

Tried before the Hon. JOHN R. TYSON.

JOHN D. BURNETT, for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for murder, and convicted of murder in the second degree. Reversed and remanded.

Opinion by HARALSON, J.